IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No.: 3:10cv236-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFAULT JUDGMENT OF FORFEITURE |
| ) | |
| REAL PROPERTY LOCATED AT 982 ) | |
| SALISBURY STREET, WADESBORO, ) | |
| NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property.

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture <u>in rem</u> of the Defendant Property was filed on May 21, 2010.

2. Process was fully issued in this action and returned according to law. Pursuant to 18 U.S.C. § 985(c)(1)(B), the government duly posted the Defendant Property. Service of process was made by personal service on May 27, 2010 and by internet publication of notice via www.forfeiture.gov on June 3, 2010 through July 2, 2010.

3. No person has filed a verified claim or an Answer within the time allowed by law, and the Clerk has entered Default as to the holder of the record title.

4. Based on the verification of FBI Special Agent Ryan Presnell, the government has shown that the Defendant Property was used or intended to be used to commit or facilitate the commission of violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801, and that it is therefore subject to forfeiture under 21 U.S.C. § 881.

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the

government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title or interest shall exist therein: real property located at 982 Salisbury Street, Wadesboro North Carolina, as more particularly described in a deed dated July 13, 1984, and recorded at Deed Book 209, Page 310 in the Anson County Pubic Registry.

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: August 16, 2010

Frank D. Whitney
United States District Judge